ACCEPTED
06-14-00108-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 2:37:43 PM
DEBBIE AUTREY
CLERK

<u>No. 06-14-00108-CV</u>

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/24/2015 2:37:43 PM

DEBBIE AUTREY
Clerk

MICHAEL WEAKS AND/OR ALL OCCUPANTS
*APPELLANTS*

VS.

FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK
NATIONAL ASSOCIATION
*APPELLEE*

Appeal from the County Court at Law Number One (1)

Hunt County, Texas

Honorable Timothy S. Linden

Case Number: CC1400136

APPELLANTS' MOTION TO EXTEND TIME TO FILE BRIEF

LARRY W. GREEN, JR.
State Bar Card # 00792545
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
903/455-1876
903/455-1710 (Telecopier)
lgreenjr@pgnwlaw.com
ATTORNEY FOR APPELLANTS

## APPELLANTS' MOTION TO EXTEND TIME TO FILE BRIEF

Appellants, MICHAEL DAVID WEAKS and ALL OCCUPANTS OF 2230 Cam Drive AKA 4376 CR 3131 Lone Oak, Texas 75453, move to extend the time for filing their Brief, and show the Court the following:

1) The Deadline for the filing of the brief is February 26, 2015.

2) The length of the extension sought is 30 days, that is, until March 27, 2015.

3) The Appellants need an extension of time to file their Brief because the Parties have entered settlement negotiations concerning all litigation between the Parties. If a settlement is reached, the issue of possession of the Appellants' homestead, which is the subject of the this Appeal, will be resolved and the Appeal can be dismissed. Additionally, the Appellants need additional time to fully brief the issues raised in their Appeal.

4) No previous extensions have been requested.

THEREFORE, Appellants pray that the extension requested be granted.

Respectfully Submitted,
PEMBERTON, GREEN, NEWCOMB & WEIS


/S/ *Larry W. Green, Jr.*
LARRY W. GREEN, JR.
State Bar Card # 00792545
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
903/455-1876
903/455-1710 (Telecopier)
lgreenjr@pgnwlaw.com
Attorney For Appellants

## *<u>CERTIFICATE OF SERVICE</u>*

I certify that a true and correct copy of the foregoing has been served on the following counsel and/or pro se parties of record, in accordance with Texas Rule of Appellate Procedure 9.5, on the date shown.

Dated: February 20, 2015

*<u>/S/ Larry W. Green, Jr.</u>*
Larry W. Green, Jr.